**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**

July 28, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Christian Rodriguez_____
DEPUTY

————

No. 1:26-cv-02002

————

**Lopez Tula,**
*Petitioner,*

v.

**Blanche, et al.,**
*Respondents.*

————

### ORDER

Antonio Lopez Tula is a Mexican citizen who was detained by Respondents at the T. Don Hutto Detention Center in Taylor, Texas pending removal proceedings. He filed a Petition for Writ of Habeas Corpus on July 20, 2026, challenging his detention without a bond hearing and seeking immediate release or an individualized bond hearing. On July 24, 2026, Respondents notified the Court that Petitioner was removed from the United States on or about July 21, 2026. Because Petitioner is no longer detained, the Court cannot grant the relief he requests, and the petition is moot. *See, e.g., Nieto-Ramirez v. Holder*, 583 F. App'x 330 (5th Cir. 2014) (per curiam) (denying a habeas petition challenging detention as moot after the alien was deported); *Mendoza v. Tate*, No. CV H-26-4249, 2026 WL 2091719 (S.D. Tex. July 20, 2026) (same).  The petition for writ of habeas corpus is therefore denied. The clerk is directed to close this case.

*So ordered by the Court on July 28, 2026.*

ANDREW DAVIS
United States District Judge

1